## Jackson's Estate.

Argued April 2, 1935.   Before FRAZER, C. J., SIMP-
SON, KEPHART, MAXEY, DREW and LINN, JJ.

258

*Raymond R. Goehring,* with him *Simon T. Patterson,* of *Patterson, Goehring, McClintock & Collin,* for appellants.

*Miles H. England,* with him *Smith, Buchanan, Scott & Gordon,* for appellee.

PER CURIAM, April 22, 1935:
These two appeals involve the same question and were argued together. The decree entered is affirmed as to both appellants on the opinion of the learned President Judge of the Orphans' Court; costs to be paid by appellants.